PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:98CR05022-03** |
| ) | |
| **Diana Minnieweather** ) | |
| ) | |

On February 27, 2004, the above-named was placed on Supervised Release for a period of 5 years.  Ms. Minnieweather has fully complied with the rules and regulations of supervision, including all reporting requirements.  In addition, she has paid her financial obligation as ordered by the Court and has maintained a stable residence and regular employment.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated:         February 12, 2008
               Fresno, California
               jtp

**REVIEWED BY:**      /s/ Bruce A. Vasquez
                     **BRUCE A. VASQUEZ
                     Supervising United States Probation Officer**

**Re:   Diana Minnieweather**
    **Docket Number:   1:98CR05022-03**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   February 27, 2008**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE